IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>RAYMOND A. VANVALKENBURG,<br><br>           Defendant. | **8:15CR23**<br><br>**JUDGMENT** |

      Pursuant to the Memorandum and Order entered on this date denying defendant's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody under 28 U.S.C. § 2255 (Filing No. 32), the Court enters judgment in favor of the plaintiff and against the defendant.

      Dated this 2nd day of October, 2020.

                                                        BY THE COURT:

                                                        s/ Joseph F. Bataillon<br>
                                                        Senior United States District Judge