IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RAYMOND A. VANVALKENBURG,<br><br>    Defendant. | 8:15CR23<br><br>ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |

  The defendant appeared before the Court on November 14, 2025 regarding Petition for Offender Under Supervision [37]. Jeffrey Thomas represented the defendant. Joseph Meyer represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

  The defendant is being released pending a final dispositional hearing. Therefore, the defendant does not have a right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge Joseph F. Bataillon in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 2:30 p.m. on January 5, 2026.

  The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision which also include the defendant residing at the Nova Treatment Community, completing treatment, and following any aftercare recommendations. Defendant shall be released from the U.S. Marshal's custody on Friday, November 14, 2025, no later than 12:00 p.m. from the Hruska Federal Courthouse in Omaha, Nebraska. Defendant's girlfriend, Clarissa Dorado will transport the Defendant directly to the Nova located at 8502 Mormon Street Omaha, NE 68152, to reside there until successful completion of the program.

   If the Defendant fails to remain at Nova Treatment Community, and obey all the rules of said program, the Court shall be notified immediately so that a warrant may be issued. The U.S. Marshals are directed to release the Defendant with up to a 90-day supply of his current

medications. Defendant remains subject to all the previously ordered conditions of his supervised release.

**IT IS SO ORDERED**.

Dated this 14th day of November, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge